**SO ORDERED.**

**SIGNED this 17 day of June, 2019.**



_____

**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | BANKRUPTCY CASE |
| DANNY L. HAMPTON, | : | |
| | : | NO. 14-70553-JTL |
| DEBTOR. | : | |
| | : | CHAPTER 12 |

**ORDER GRANTING MOTION TO REDUCE TIME FOR OBJECTION TO MOTION
TO SELL TIMBER PRODUCTS**

Walter W. Kelley, Trustee filed a motion in the above case to shorten the time to object to a motion to sell timber products to Beasley Timber Co., Inc. For good cause shown, it is

ORDERED that the time to file objections to the motion described above is shortened to 10 days, plus an additional 3 days for any party who receives notice of the motion only by U.S. mail.

END OF DOCUMENT

This document prepared by:
Thomas D. Lovett
Attorney for Trustee
Post Office Box 1164
Valdosta, Georgia 31603-1164
(229) 242-8838
GA State Bar No. 459571